1  JAN P. WEIR, (State Bar 106652)
   DOUGLAS Q. HAHN (State Bar 257559)
2  JOSEPH J. MELLEMA (State Bar 248118)
   STRADLING YOCCA CARLSON & RAUTH
3  A Professional Corporation
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: (949) 725-4000
5  Fax: (949) 725-4100

6  Attorneys For Plaintiff
   Trackn, Inc. d/b/a Enfotrace

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| TRACKN, INC. D/B/A ENFOTRACE, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PROCON, INC., a Tennessee corporation, PROCONGPS, INC. d/b/a REPOTRACE GPS, a Tennessee corporation,<br><br>Defendants. | Case No. SACV10-00292 JVS (RNBx)<br><br>**ORDER FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. James V. Selna<br>Hearing Date: April 26, 2010<br>Time: 1:30 p.m.<br>Courtroom: 10C |

   For the reasons stated in the Court's April 26, 2010 Order re Motion for Preliminary Injunction, it is hereby ORDERED:

   (1)   Defendants, their officers, agents, assigns and representatives are hereby enjoined from operating, hosting, registering, or facilitating any website or domain name, including but not limited to "enfotracegps.com" and "tracknlock.com," containing the TRACKN or ENFOTRACE marks or any variation, combination, misspelling, or colorable imitation thereof;

   (2)   Defendants, their officers, agents, assigns and representatives are hereby enjoined from using the terms "ENFOTRACEGPS" and

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER FOR A PRELIMINARY INJUNCTION

DOCSOC/1406640v1/101341-0002

"TRACKNLOCK," or any variation, combination, misspelling, or colorable imitation thereof, to designate their products and services;

(3) Defendants, their officers, agents, assigns and representatives are hereby enjoined from acts which may mislead consumers to believe that the photographs of a several year old melted unit are or are indicative of Trackn's current product lines, including but not limited to mailing or otherwise distributing photographs of or likenesses of Trackn's products to Trackn's customers or potential customers without also providing the recipient of the photographs or likenesses information indicating the model number and year of manufacture of the product depicted in the photographs or likenesses if such information is available;

(4) Trackn shall post a cash or corporate surety bond or certified check in the amount of $5,000.00 as a security for the payment of such damages as defendant may be entitled to recover as a result of the wrongful issuance of the order; and

(5) Defendants are hereby given notice that violation of any of the terms of this Order may be considered contempt of court.

**IT IS SO ORDERED.**

Dated:  May 14, 2010

_____
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

[PROPOSED] ORDER FOR A PRELIMINARY INJUNCTION

DOCSOC/1406640v1/101341-0002