JAN P. WEIR, (State Bar 106652)
DOUGLAS Q. HAHN (State Bar 257559)
JOSEPH J. MELLEMA (State Bar 248118)
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

JS-6

Attorneys For Plaintiff
Trackn, Inc. d/b/a Enfotrace

MAX J. SPRECHER (State Bar 169285)
LAW OFFICES OF MAX J. SPRECHER
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
Telephone: (818) 996-2255
Fax: (818) 996-4204

GEOFFREY D. KRESSIN
LUEDEKA, NEELY & GRAHAM, P.C.
P.O. Box 1871
Knoxville TN 37901
Telephone: (865) 546-4305
Fax: (865) 523-4478

Attorney For Defendants
PROCON, Inc. and ProconGPS, Inc. d/b/a RepoTrace GPS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRACKN, INC. D/B/A ENFOTRACE, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROCON, INC., a Tennessee corporation, PROCONGPS, INC. d/b/a REPOTRACE GPS, a Tennessee corporation,<br><br>　　　　Defendants. | Case No. SACV10-00292 JVS (RNBx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. James V. Selna |

DOCSOC/1420684v1/101341-0002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Parties' Stipulation of Dismissal Without Prejudice, and good cause appearing, it is hereby **ORDERED**:

The above-captioned action shall be dismissed without prejudice and without cost to any of the parties pursuant to Fed.R.Civ.P. 41.

**IT IS SO ORDERED.**

Dated:  July 13, 2010         _____

　　　　　　　　　　　　　　　　Hon. James V. Selna, U.S.D.J.